IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RITA CASTELLI,

      Plaintiff,

vs.                                       CASE NO.: 1:06cv28-SPM/AK

UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES,

      Defendant.
_____/

## ORDER OF DISMISSAL

      This case has been dismissed with prejudice, with each party to bear its own costs and attorneys fees, pursuant to the parties' Stipulation for Dismissal with Prejudice (doc. 26) and Federal Rule of Civil Procedure 41(a)(1)(ii). Accordingly, the clerk shall close this case.

      SO ORDERED this 3rd day of April, 2007.

                                                *s/ Stephan P. Mickle*
                                                Stephan P. Mickle
                                                United States District Judge